UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN YAN LUIS,<br><br>                    Plaintiff,<br><br>-v.-<br><br>MAXIMUM HUMAN PERFORMANCE, LLC,<br><br>                    Defendant. | 23 Civ. 05172 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Pursuant to the Court's August 2, 2023 Order to Show Cause, the deadline for Plaintiff to move for a default judgment against Defendant was August 10, 2023. ECF No. 8. Upon Plaintiff's application, that deadline was extended to August 24, 2023. ECF No. 11. Nevertheless, Plaintiff has failed to file any of the required documents, which include a Certificate of Default as well as the motion papers detailed in the Court's Individual Rules and Practices governing default judgments. *See* Individ. R. and Pracs. in Civil Cases, Attachment A.

By no later than **September 15, 2023**, Plaintiff must obtain a Certificate of Default. To that end, in view of Plaintiff's repeated failures to correct the filing deficiencies identified by the SDNY Clerk's Office, by **September 13, 2023**, Plaintiff is directed to contact the Clerk's Office for guidance on properly obtaining a Certificate of Default.

By no later than **September 19, 2023**, Plaintiff must file the required motion papers in support of his application for a default judgment. *See id.*

The Court reiterates that failure to comply with the foregoing may result in dismissal of this action. *See* ECF No. 8 at 1 (warning that "[f]ailure to submit a timely and proper motion for default judgment may result in dismissal without prejudice of this case under Federal Rule of Civil Procedure 41").

SO ORDERED.

Dated: September 12, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge